

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-18-00182-CV |
| IN THE INTEREST OF | § | |
| | | Appeal from |
| I.D.G., V.A.G., E.R.G., AND R.J.G., | § | |
| | | 65th District Court |
| CHILDREN. | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC # 2017DCM6687) |
| | § | |

### J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore order that the judgment be modified by deleting the trial court's finding that Appellant's parental rights should be terminated pursuant to Section 161.001(b)(1)(K). The judgment, as modified, is affirmed.

It has been determined that Appellant is indigent for purposes of appeal; therefore, this Court makes no other order with respect to the payment of costs on appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF APRIL, 2019.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.